**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUITABLE FINANCIAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE NEJDAH AND DIANA ASLANIAN TRUST 12/26/01, by and through its Trustees, DIANA ASLANIAN and CYBELE MARKARIAN<br><br>Defendants. | Case No. 1:25-cv-05092-GHW-OTW |

**ORDER GRANTING MOTION TO INTERVENE**

Upon consideration of the Motion to Intervene filed by Fred A. Sahakian, as Personal Representative of the Estate of Nejdah Aslanian, pursuant to Federal Rule of Civil Procedure 24(a)(2), and alternatively Rule 24(b), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Fred A. Sahakian, as Personal Representative of the Estate of Nejdah Aslanian, is permitted to intervene in this action; and it is further

ORDERED that the Proposed Complaint in Intervention submitted with the Motion shall be deemed filed as of the date of this Order; and it is further

ORDERED that Intervenor may participate in discovery and all further proceedings in this action; and it is further

ORDERED that the caption shall hereafter reflect the intervention of Fred A. Sahakian, as Personal Representative of the Estate of Nejdah Aslanian.

SO ORDERED.

HON. ONA T. WANG
United States Magistrate Judge

Dated: August 13, 2026
New York, New York